# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID JOHNSON, | CASE NO. 1:06-CV-00535-OWW-DLB-P |
| Plaintiff, | ORDER REQUIRING DEFENDANT YATES TO RESPOND TO PLAINTIFF'S MOTION FOR REMAND |
| v. | |
| JAMES YATES, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983 and 42 U.S.C. § 12132 (Americans with Disabilities Act).[1] Defendant James Yates removed the action to this Court on May 3, 2006. On July 24, 2006, plaintiff filed a motion for remand, to which defendant has not yet filed a response. The Court is in the process of screening the complaint pursuant to 28 U.S.C. § 1915A(a). However, the Court requires a response to plaintiff's motion to remand.

Accordingly, defendant is hereby ordered to file a response to plaintiff's motion to remand within 20 days of this order.

IT IS SO ORDERED.

Dated: **January 23, 2007**            **/s/ Dennis L. Beck**
3c0hj8                UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff also alleges tort claims under California law.

1