UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DAVID JOHNSON, | ) | 1:06-CV-00535-OWW-DLB-P |
| Plaintiff, | ) ) | ORDER GRANTING EXTENSION OF TIME TO FILE AMENDED |
| v. | ) ) | COMPLAINT |
| JAMES YATES, et al., | ) | (Doc. 11) |
| Defendants. | ) ) ) | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On February 14, 2007, plaintiff filed a motion for an extension of time to file an amended complaint, pursuant to the court's order of January 17, 2007. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty days from the date of service of this order in which to file an amended complaint.

IT IS SO ORDERED.

Dated: **April 25, 2007**     **/s/ Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE