# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID JOHNSON, JR., | CASE NO. 1:06-cv-0535-OWW DLB PC |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS RECOMMENDING PLAINTIFF'S MOTIONS FOR PRELIMINARY INJUNCTIVE RELIEF BE DENIED |
| v. | |
| YATES, et al., | (Doc. 6) |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On August 30, 2007, the Magistrate Judge filed Findings and Recommendations herein which was served on the parties and which contained notice to the parties that any objections were to be filed within ten days. On September 12, 2007, plaintiff filed objections.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, the Court HEREBY ORDERS:

1. The Findings and Recommendations, filed August 30, 2007, is adopted in full;

2. Plaintiff's motion for preliminary injunctive relief, filed January 10, 2007, is DENIED.

1

IT IS SO ORDERED.

**Dated:   September 25, 2007**            /s/ Oliver W. Wanger
                                   UNITED STATES DISTRICT JUDGE