# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID JOHNSON, JR., | CASE NO. 1:06-cv-0535-OWW DLB PC |
| Plaintiff, | ORDER DENYING MOTION FOR SUMMARY JUDGMENT AS PREMATURE |
| v. | (Docs. 15, 20) |
| YATES, et al., | |
| Defendants. / | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.

On June 25, 2007, plaintiff filed a motion for summary judgment. On October 12, 2007, plaintiff filed a motion to compel entry of summary judgment. Plaintiff is advised that his motion for summary judgment is premature as the Court has not yet determined that plaintiff's amended complaint filed May 10, 2007 states cognizable claims against the named defendants. Defendants have therefore not yet been ordered to answer the amended complaint. As plaintiff is aware, the court is required to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity. 28 U.S.C. § 1915A(a). The court will direct the case to proceed only after it has screened the complaint and determined that it contains cognizable claims for relief against the named defendants.

Plaintiff's motion for summary judgment and subsequent motion to compel entry of summary judgment are HEREBY DENIED as premature and without prejudice to refiling once it has been

1

determined that plaintiff has stated cognizable claims against the named defendants and the Court orders the action to proceed.

IT IS SO ORDERED.

Dated: __October 22, 2007__     _____/s/ Dennis L. Beck_____
                                 UNITED STATES MAGISTRATE JUDGE

2