IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID JOHNSON, JR., | 1:06-cv-00535-OWW-DLB (PC) |
| Plaintiff, | ORDER GRANTING SECOND MOTION TO EXTEND TIME TO FILE AMENDED COMPLAINT |
| vs. | |
| JAMES A. YATES, | (DOCUMENT #25) |
| Defendant. | SIXTY DAY DEADLINE |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On April 28, 2008, plaintiff filed a motion to extend time to file an amended complaint. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted sixty (60) days from the date of service of this order in which to file an amended complaint.

IT IS SO ORDERED.

Dated:   **May 1, 2008**            **/s/ Dennis L. Beck**
                                    UNITED STATES MAGISTRATE JUDGE