IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID JOHNSON, JR., | 1:06-cv-00535-OWW-DLB (PC) |
|     Plaintiff, | ORDER GRANTING IN PART FIRST MOTION TO EXTEND TIME TO FILE OBJECTIONS TO THE FINDINGS AND RECOMMENDATIONS |
|     vs. | |
| JAMES A. YATES, | (DOCUMENT #30) |
|     Defendants. | 45-DAY DEADLINE |
| _____/ | |

    Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On February 17, 2009, plaintiff filed a motion to extend time to file an objection to findings and recommendations. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

    Plaintiff is granted a forty-five (45) days from the date of service of this order in which to file an objection to findings and recommendations.

    IT IS SO ORDERED.

    Dated:   **February 24, 2009**          **/s/ Dennis L. Beck**
                                                    UNITED STATES MAGISTRATE JUDGE