# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID JOHNSON JR, | CASE NO. 1:06-cv-00535-OWW-DLB-PC |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DISMISSING ACTION FOR FAILURE TO STATE A CLAIM |
| v. | |
| JAMES YATES, et al., | (Doc. 29) |
| Defendants. | |

Plaintiff David Johnson Jr. ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On February 25, 2009, the Magistrate Judge filed a Findings and Recommendations herein which was served on Plaintiff and which contained notice to Plaintiff that any objection to the Findings and Recommendations was to be filed within thirty days. After obtaining two extensions of time, Plaintiff filed an Objection to the Findings and Recommendations on April 14, 2009. Then on April 17, 2009, Plaintiff filed a notice of appeal to the United States Court of Appeals for the Ninth Circuit. On June 1, 2009, the Ninth Circuit issued an Order dismissing the appeal for lack of jurisdiction.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

///

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed February 25, 2009, is adopted in full; and
2. This action is dismissed, with prejudice, for Plaintiff's failure to state a federal claim.

IT IS SO ORDERED.

Dated:   August 18, 2009                    /s/ Oliver W. Wanger
                                         UNITED STATES DISTRICT JUDGE